IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:06-00072-02

LYDELL ANTHONY COLLIER

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion requesting early release from his term of supervised release. (ECF No. 360). The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to defendant at 512 2nd Avenue, Hinton, West Virginia, 25951, counsel of record, and to the Probation Office of this court.

**IT IS SO ORDERED** this 16th day of March, 2022.

ENTER:

David A. Faber
Senior United States District Judge